IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONALD G. ORRIS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:11-CV-0076; 2:11-CV-81
JUDGE SMITH
MAGISTRATE JUDGE KING

## ORDER

On March 9, 2011, the United States Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that petitions in these consolidated cases be dismissed as barred by the one-year statute of limitations. *See* 28 U.S.C. § 2244(d).

Although Petitioner was advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. These actions are hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in these actions.

                              *s/ George C. Smith*
                              **GEORGE C. SMITH, JUDGE**
                              **UNITED STATES DISTRICT COURT**